**SANFORD WITTELS & HEISLER, LLP**
1350 Avenue of the Americas, 31st Floor
New York, NY 10019
(646) 723-2947
Fax: (646) 723-2948
E-Mail: swittels@swhlegal.com
www.swhlegal.com

| 555 Montgomery Street | 1666 Connecticut Avenue | 440 West Street |
|---|---|---|
| Suite 820 | Suite 310 | Fort Lee, NJ 07024 |
| San Francisco, CA 94111 | Washington, D.C. 20009 | (201) 585-5288 |
| (415) 433-4949 | Direct Dial: (202) 742-7780 | Fax: (201) 779-5233 |
| Fax: (415) 433-7311 | Fax: (202) 742-7776 | |

November 4, 2011

**VIA ECF**
Honorable William J. Martini
U.S.D.C. – District of New Jersey
Martin Luther King, Jr. Federal Building & United States Courthouse
50 Walnut Street, Room 4076
Newark, New Jersey 07102

    Re:    *Ciser, et al. v. Nestlé Waters North America, Inc.*
             Civ. No. 11-CV-5031-WJM

Dear Judge Martini:

    Enclosed for Your Honor's endorsement, please find an executed stipulation and proposed order, which sets a new briefing schedule and return date for Defendant's Motion to Dismiss the Complaint.

    The stipulation provides that Plaintiffs will serve and file an Amended Complaint, and that Defendant will withdraw its current motion and re-file a new motion against the Amended Complaint.

    If this proposed stipulation meets Your Honor's approval, please so endorse the stipulation.

    Thank you for the Court's consideration.

Respectfully Submitted,

Steven L. Wittels

cc:    Jeffrey M. Garrod (Via Electronic Mail)
       Craig Ollenschleger (Via Electronic Mail)
       (Orloff, Lowenback, Stifelman & Siegel, P.A.)
       Counsel for Defendant Nestle Waters