UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GARY CISER and CISER COMPUTER CONSULTING, on behalf of themselves and all other similarly situated,**<br><br>　　　**Plaintiffs,**<br><br>　　　v.<br><br>**NESTLÉ WATERS NORTH AMERICA, INC.,**<br><br>　　　**Defendant.** | 11-CV-5031<br><br>**ORDER** |

On January 31, 2013, the Court dismissed Plaintiffs' First Amended Complaint without prejudice and administratively closed this case. Plaintiffs were ordered to file their Second Amended Complaint no later than March 4, 2013.

Because Plaintiff Gary Ciser timely filed a Second Amended Complaint; and for good cause appearing;

**IT IS** on this 5th day of March 2013, hereby,

**ORDERED** that the Clerk of the Court reopen the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　/s/ William J. Martini
　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**

1