Jeffrey M. Garrod, Esq.
ORLOFF, LOWENBACH, STIFELMAN & SIEGEL, P.A.
101 Eisenhower Parkway, Suite 400
Roseland, New Jersey 07068-1097
Tel. (973) 622-6200
Fax: (973) 622-3073
jmg@olss.com
Attorneys for Defendant
Nestlé Waters North America Inc.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GARY CISER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NESTLÉ WATERS NORTH AMERICA INC.,<br><br>Defendant. | Civil Action No. 11-cv-5031 (WJM)<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE REPLY** |

IT IS hereby stipulated and agreed by and between Plaintiff and Defendant that the time within which Defendant may serve and file its reply in further support of Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is hereby extended to and including May 20, 2013.

| | |
|---|---|
| LAW OFFICES OF<br>STEVEN L. WITTELS, P.C.<br>Attorneys for Plaintiff<br><br>By: __/s/ Steven L. Wittels__<br>      Steven L. Wittels | ORLOFF, LOWENBACH, STIFELMAN &<br>SIEGEL, P.A.<br>Attorneys for Defendant<br><br>By: __/s/ Jeffrey M. Garrod__<br>      Jeffrey M. Garrod |

| | |
|---|---|
| 18 Half Mile Road<br>Armonk, New York  10504<br>(914) 319-9945<br>slw@wittelslaw.com | 101 Eisenhower Parkway, Suite 400<br>Roseland, New Jersey  07068-1097<br>(973) 622-6200<br>jmg@olss.com |

Dated:  April 18, 2013

SO ORDERED.

_____
HON. WILLIAM J. MARTINI, U.S.D.J.

4/22/13

ORLOFF, LOWENBACH,
STIFELMAN & SIEGEL, P.A.
101 EISENHOWER PKWY.
ROSELAND, NJ 07068
(973) 622-6200