UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------x

GARY CISER, on behalf of himself and : CIVIL ACTION
all others similarly situated, No. 11-5031
: HON. WILLIAM J. MARTINI

                Plaintiff, :

- against - :

NESTLÉ WATERS NORTH :
AMERICA, INC.,
 :

                Defendant. :

-------------------------------------------------------x

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gary Ciser, on behalf of himself and all others similarly situated, hereby appeals to the United States Court of Appeals for the Third Circuit from the October 24, 2013 Order (Dkt. No. 31) granting Defendant Nestlé Waters North America, Inc.'s Motion to Dismiss Plaintiff's Second Amended Complaint.

                Respectfully submitted,

                /s/
                Steven L. Wittels (SW-8110)
                **LAW OFFICES OF STEVEN L. WITTELS, P.C.**
                18 Half Mile Road
                Armonk, New York 10504
                Telephone: (914) 319-9945
                Facsimile: (914) 273-2563
                slw@wittelslaw.com

                *Counsel for Plaintiff and the Class*

Dated: Armonk, New York
       November 21, 2013

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via ECF this 21th day of November, 2013 upon the following counsel of record:

Jeffrey Garrod
Craig A. Ollenschleger
Orloff, Lowenback, Stifelman & Siegel, P.A.
101 Eisenhower Parkway, Suite 400
Roseland New Jersey 07068-1097
(973) 622-6200
jmg@olss.com

*Attorneys for Defendant*


   /s/ Steven L. Wittels
      Steven L. Wittels