UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-4509
_____

GARY CISER

v.

NESTLE WATERS NORTH AMERICA INC.

GARY CISER, on behalf of himself and all others similarly situated,
Appellant
_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil No. 2-11-cv-05031)
District Judge: Honorable William J. Martini
_____

Argued: December 8, 2014

Before:   VANASKIE, COWEN and VAN ANTWERPEN, *Circuit Judges*.
_____

JUDGMENT
_____

This cause came to be heard on the record from the United States District Court

for the District of New Jersey and was argued by counsel on December 8, 2014.  On

consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the ORDER of the District Court

entered on October 24, 2014 is AFFIRMED. Costs taxed against Appellant.

All of the above in accordance with the foregoing opinion of this Court.

Attest:


s/Marcia M. Waldron
Clerk

Dated: January 7, 2015